## The People of the State of Illinois, Appellee, v. Edgar Slaughter, Appellant.

### Gen. No. 5,801.   (Not to be reported in full.)

Appeal from the County Court of Lake county; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913. Rehearing denied October 9, 1913.

### Statement of the Case.

Bastardy proceeding by The People of the State of Illinois, on complaint of Rebecca Carpenter, against Edgar Slaughter. From a judgment for plaintiff, defendant appeals.

E. V. ORVIS, for appellant.

RALPH J. DADY, for appellee.

Mr. JUSTICE CARNES delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1699*—*when error in refusing direction of verdict is waived.* Error in refusing a motion to direct a verdict is waived where a defendant proceeds to trial and introduces his defense on the merits.

2. APPEAL AND ERROR, § 1506*—*when error in admission of evidence is harmless.* Admission of evidence in rebuttal that might better have been introduced in chief, *held,* not prejudicial error, and such admission was not an abuse of the trial court's discretion.

3. BASTARDS, § 21*—*what evidence is admissible.* In a bastardy proceeding where the general character of the prosecutrix for chastity and her conduct with other men is not involved in the issues tried, evidence on such questions is not competent unless it shows, or tends to show, that the child was begotten by some other man.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.